Scott L. Turner  November 26, 2024
Avery, Anthony v. MG Logistics, Inc.

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
 2                   ROCK HILL DIVISION
 3
 4
 5   ANTHONY AVERY,
 6              Plaintiff,
 7        vs.              C.A. NO.: 0:23-cv-00222-JFA
 8   MG LOGISTICS, INC.; K2 EXPRESS, INC.;
     AND TQ LOGISTICS, INC.,
 9
                Defendants.
10
11
12   VIDEOTAPED
     DEPOSITION OF:   SCOTT L. TURNER
13                    (APPEARING VIA VIRTUAL ZOOM)
14   DATE:            November 26, 2024
15   TIME:            10:02 AM
16   LOCATION OF
     THE DEPONENT:    14174 Charthouse Court
17                    Naples, FL
18   TAKEN BY:        Counsel for the Defendant
                      TQ Logistics, Inc.
19
     REPORTED BY:     TERRI L. BRUSSEAU
20                    (APPEARING VIA VIRTUAL ZOOM)
21
22
23
24
25
```

0:23-cv-00222-JFA  Date Filed 12/20/24  Entry Number 73-1  Page 2 of 2

Scott L. Turner  November 26, 2024
Avery, Anthony v. MG Logistics, Inc.

Page 314

1  roadside -- FMCSA roadside inspection for NASI,
2  which National -- Out-of-Service -- National --
3  North American Out-of-Service Criteria.
4    Q.  And this is the same as the DOT
5  inspections, annual inspections, correct?
6    A.  That's the same as roadside.  It's the
7  same as roadside enforcement inspections.
8  That's -- that's all I can tell you.
9    Q.  Okay.  And --
10    A.  That's what it is.  That's what it is,
11  roadside enforcement inspections.
12    Q.  And an inspector -- Level 1 inspector
13  or DOT inspector doing inspection for compliance
14  with FM -- Federal Motor Carrier Safety
15  Regulations, it has no duty to fail particular
16  motor vehicle, particular trailer, for lack of
17  diagonal crossbracing or cross-struts, correct?
18    A.  No.  A -- a roadside inspection that
19  pulls over a commercial motor vehicle that has no
20  struts on landing gear will not be a violation a
21  driver will be told that he can take -- continue
22  going down the road.
23    Q.  And same applies --
24    A.  That's the only basis.
25    Q.  And same applies to an inspector doing

Page 315

1  an annual DOT inspection?
2    A.  Same thing with an annual inspection,
3  correct.
4    Q.  Okay.  And -- and a DOT inspector is
5  concerned with the safety of the particular motor
6  vehicle in movement on a public highway, correct?
7    A.  I'm sorry, can you say that again?  I
8  apologize.  I'm sorry.
9    Q.  In -- in -- the purpose of DOT
10  inspection of motor vehicles is to make sure that
11  the motor vehicle or trailer, for that matter, is
12  safe for travel on public highways?
13    A.  Safe -- it's safe in compliance to go
14  down the road in its -- in its current situ --
15  state, mechanical state.
16    Q.  And that's the reason that landing gear
17  is not the critical component for safety of the
18  trailer when it's on public roadways?
19    A.  Well, I don't know -- I don't know if
20  that's the reason.  I would just say to you is that
21  it's not part of the inspection criteria.
22    Q.  Okay.  In other words, K2 Express had
23  no duty to place this trailer out of service during
24  the DOT inspection -- annual DOT inspection because
25  it didn't have a particular design of the landing

Page 316

1  gear?
2    A.  Because it didn't have its struts,
3  that's correct.
4    Q.  Okay.  And even if they looked at the
5  landing gear during DOT inspection, it will be to
6  make sure that, for example, there's no loose items
7  that could separate from the trailer and cause and
8  create a hazard on the road, is that correct?
9    A.  Correct.
10    MR. KALWAJTYS:  These are all the
11  questions I have.
12    THE WITNESS:  Okay.
13    MR. KALWAJTYS:  All done?
14    MR. CREECH:  Mr. Turner, I'll see you
15  in my dreams tonight.
16    THE WITNESS:  Yeah.  Good luck with
17  that.  That's a horror show.
18    MR. CREECH:  Good night, you all.
19    VIDEO TECHNICIAN:  I've been asked to
20  take orders for video on the record.  Terri, do you
21  also want to take your orders on the record?
22    COURT REPORTER:  I'm going to e-mail
23  Jeremy and Drew when it's completed to see if they
24  want a copy and Michal.
25    MR. KALWAJTYS:  I don't want a copy of

Page 317

1  the video, just the PDF of the transcript.
2    COURT REPORTER:  Okay.
3    MR. FOSTER:  Same for me.  I don't -- I
4  don't need the video.
5    COURT REPORTER:  Got you.  And, Drew,
6  I'll e-mail you.  Do you want a copy of the video?
7    MR. CREECH:  No, not right now, but I
8  appreciate it, Miss Terri.  If you'll just shoot me
9  an e-mail of your information if I need to make
10  changes down the road.
11    COURT REPORTER:  Joel, do you have what
12  you need?  It looks like no video copies.
13    VIDEO TECHNICIAN:  I have everything.
14  Thank you.
15    COURT REPORTER:  And before we go,
16  Alex --
17    MR. TIMMONS:  Hey, Joel.  Joel, I --
18  because I had you -- I'll get a video copy just
19  because I -- I was the noticing attorney.
20    VIDEO TECHNICIAN:  Okay.  That sounds
21  like a plan.
22    MR. TIMMONS:  I'm not going to make you
23  sit here all day and not get one.
24    (Off the record.)
25    VIDEO TECHNICIAN:  Real quick.  I have