**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

**Case No.: 0:23-cv-222-JFA**

| | |
|---|---|
| ANTHONY AVERY,<br><br>    Plaintiff,<br><br> vs.<br><br>MG LOGISTICS, INC.<br><br>    Defendants. | PLAINTIFF ANTHONY AVERY<br>PROPOSED VOIRE DIRE |

NOW COMES the Defendant, MG Logistics, Inc. ("MGL") by and through undersigned counsel, and hereby submits the following *voir dire:*

1. Has anyone here ever pulled a muscle or strained their back, which hurt for a few days or weeks, but then got better

2. Have you or a close family member ever had back surgery, or sustained permanent injury to their back?

3. Does anyone here believe that if someone had prior occasional back pain that was made substantially worse after an accident, they should not be compensated for the worsening of their condition caused by the accident?

4. All of us will have degenerative changes in our spines as we get older— even if we don't have back pain. Does anyone think someone should be prevented from recovering damages for an injury to their back, just because they had pre-existing degeneration in their spine?

5. In a personal injury case, if the Plaintiff meets their burden of proof they are entitled to compensation for financial loss for things like medical bills, lost earnings, and the cost of future medical care.

   The law says the Plaintiff is also entitled to compensation for non-financial harms like pain and suffering, loss of enjoyment of enjoyment of life, and permanent impairment.   Would anyone here struggle awarding money to

1

someone for their non-financial harms like pain and suffering or loss of enjoyment of life?


Respectfully Submitted,

**Elrod Pope Law Firm**


*s/Andrew W. Creech*
Andrew W. Creech
Elrod Pope Law Firm
212 E. Black St.
PO Box 11091
Rock Hill, SC 29732
(803) 324-7574
Acreech@elrodpope.com


March 2, 2026
Rock Hill, SC