IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Anthony Avery, | ) | C/A No.: 0:23-0222-JFA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | VERDICT |
| | ) | |
| MG Logistics, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

We, the Jury, unanimously find:

☑ For the plaintiff, Anthony Avery, compensatory damages in the sum of Seven Million Four Hundred Eighty Thousand Dollars 00/100 (7,480,000) dollars.

☐ For the defendant, MG Logistics, Inc.

SPECIAL INTERROGATORY

If you found for the plaintiff (that is, if you found compensatory damages above), then did the plaintiff prove that the defendant's conduct was willful, wanton, or reckless by clear and convincing evidence so as to support and award of punitive damages?

☑ Yes    ☐ No

May 7th, 2026
Columbia, South Carolina

Foreperson