# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# EXHIBIT LIST

**Caption:** Anthony Avery vs. MG Logistics, Inc.

**Case No.:** 0:23-222-JFA

| **Presiding Judge** Joseph F. Anderson, Jr. | **Plaintiff's Attorneys** Andrew Creech Ashley Creech Harold Staley | **Defendant's Attorneys** Jeremy Foster Ronald Diegel |
|---|---|---|
| **Hearing Date** 5/4/2026 - 5/8/2026 | **Court Reporter** Jennifer Thompson Carleen Horenkamp | **Courtroom Deputy** Jenn Peterson |

| DATE OFFERED | GOVT/PLA No. | DEF No. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 5/4/2026 | 1 | | X | X | Frank Smidler Root Cause Letter |
| 5/4/2026 | 2 | | X | | New Indy's Landing Gear Collapse Report |
| 5/4/2026 | 3 | | X | X | New Indy's "Report of Occupational Injury" |
| 5/4/2026 | 4 | | X | X | Picture 1 of Grab Truck with Paper Roll |
| 5/4/2026 | 5 | | X | X | Picture 2 of Grab Truck with Paper Roll |
| 5/4/2026 | 6 | | X | X | Picture: Close up of MGL trailer's folded landing legs |
| 5/4/2026 | 7 | | X | X | Picture of MGL Trailer Tipped over at Accident Scene - Roof Side |
| 5/4/2026 | 8 | | X | X | Picture - MGL Trailer Tipped Over at Accident Scene - Undercarriage |
| 5/4/2026 | 9 | | X | X | Picture - MGL Trailer Tipped Over at Accident Scene - Landing Gear |
| 5/4/2026 | 10 | | X | X | Picture - MGL Trailer Tipped Over at accident - Loading Dock |
| 5/4/2026 | 11 | | X | X | Picture - Inside MGL Trailer at Accident Scene with Grab Truck |
| 5/4/2026 | 12 | | X | X | Picture - Close Up of Trailer Undercarriage where wheel crank is |
| 5/4/2026 | 13 | | X | X | MGL Equipment Lease Agreement |
| 5/4/2026 | 14 | | X | X | SAE - Holland Atlas 55 Installation, Operation, Maintenance Manual |

| DATE OFFERED | GOVT/PLA No. | DEF No. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 5/4/2026 | 15 | | X | X | Picture of 7/11/20 MGL Trailer Accident that damaged LG |
| 5/4/2026 | 16 | | X | X | 07/11/20 Driver Crash Report |
| 5/4/2026 | 17 | | X | X | Picture - MGL Flooring where Grab Truck Tire broke through |
| 5/4/2026 | 18 | | X | X | Picture - Inside MGL Trailer showing roofing damage |
| 5/4/2026 | 19 | | X | X | Picture - close up of landing great legs folded sideways - no bracing |
| 5/4/2026 | 20 | | X | X | Picture - Post-Accident Landing Gear Leg Close-Up - Holland Brand |
| 5/4/2026 | 21 | | X | X | Picture - MGL Trailer Manufacturing Date |
| 5/4/2026 | 22 | | X | X | Picture - Damage to front outside driver's side of trailer |
| 5/4/2026 | 23 | | X | X | Picture - Front of MGL trailer |
| 5/4/2026 | 24 | | X | X | Picture: Trailer 1 with Proper X-Bracing |
| 5/4/2026 | 25 | | X | X | Picture 2 of trailer with Cross-bracing |
| 5/4/2026 | 26 | | X | X | Medical Treatment Timeline |
| 5/4/2026 | 27 | | X | X | L3-5 Fusion Surgery Exhibit |
| 5/4/2026 | 28 | | X | X | Post-Surgical X-ray 1 |
| 5/4/2026 | 29 | | X | X | Post-Surgical X-Ray 2 |
| 5/4/2026 | 30 | | X | X | Medical Bill Summary |
| 5/4/2026 | 31 | | X | X | Economic Loss Summary |
| 5/4/2026 | 32 | | X | X | Cost Projection Charts from Life Care Plan |
| 5/4/2026 | 33 | | X | X | Bill of Lading |
| 5/4/2026 | 34 | | X | X | MGL Driver Carrier Information Sheet |
| 5/4/2026 | 35 | | X | X | Pre-Injury Picture of Tony with Wrestling Belt |
| 5/4/2026 | 36 | | X | X | Picture of Tony and Ariel - 08.02.20 |
| 5/4/2026 | 37 | | X | X | Holland cross bracing Diagram |
| 5/4/2026 | 38 | | X | X | Google Earth of New Indy Plant |
| 5/4/2026 | 39 | | X | X | Google Earth of Nw Indy Loading Dock |
| 5/4/2026 | 40 | | X | X | Picture New Indy Retirement Clock |
| 5/4/2026 | 41 | | X | X | Picture - New Indy 20 Years of Service Plaque |
| 5/4/2026 | 42 | | X | | Text message from Hatton |

| DATE OFFERED | GOVT/PLA No. | DEF No. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 5/4/2026 | | 1 | X | X | Tellis Hatton driver license |
| 5/4/2026 | | 2 | X | X | Maintenance Files |
| 5/4/2026 | | 3 | X | X | Innovation Truck Invoice |
| 5/4/2026 | | 4 | X | X | Tellis Hatton Monthly Training |
| 5/4/2026 | | 5 | X | | Michael Fryar Report |
| 5/4/2026 | | 6 | X | X | 7/14/14 V Pain Clinic |
| 5/4/2026 | | 7 | X | X | 10/15/14 V Pain Clinic |
| 5/4/2026 | | 8 | X | X | 2/23/15 Carolina Neurosurgery |
| 5/4/2026 | | 9 | X | X | 11/10/15 Carolina Orthopedic Surgery Assoc. |
| 5/4/2026 | | 10 | X | X | 2/27/18 Carolina Medical Consultants |
| 5/4/2026 | | 11 | X | X | 5/18/18 Atrium Musculoskeletal |
| 5/4/2026 | | 12 | X | X | 4/12/19 Carolina Medical Consultants |
| 5/4/2026 | | 13 | X | X | 8/20/19 Carolina Medical Consultants |
| 5/4/2026 | | 14 | X | X | 4/1/20 Piedmont Interventional Spine and Pain |
| 5/4/2026 | | 15 | X | X | 7/15/20 Carolina Medical Consultants |
| 5/4/2026 | | 16 | X | X | 3/27/21 Piedmont Medical Center |
| 5/4/2026 | | 17 | X | X | 3/30/21 Piedmont Urgent Care |
| 5/4/2026 | | 18 | X | X | 4/3/21 Piedmont Medical Center |
| 5/4/2026 | | 19 | X | X | 4/22/21 Piedmont Urgent Care |
| 5/4/2026 | | 20 | X | X | 4/28/21 Piedmont Interventional Spine and Pain |
| 5/4/2026 | | 21 | X | X | 6/10/21 OrthoCarolina |
| 5/4/2026 | | 22 | X | X | 5/27/21 Atrium Musculoskeletal |
| 5/4/2026 | | 23 | X | X | 7/14/21 Metrolina Diagnostic Center |
| 5/4/2026 | | 24 | X | X | 7/29/21 OrthoCarolina |
| 5/4/2026 | | 25 | X | X | 3/1/22 Atrium |
| 5/4/2026 | | 26 | X | X | 3/31/22 OrthoCarolina |
| 5/4/2026 | | 27 | X | X | 7/22/22 Benchmark Physical Therapy |
| 5/4/2026 | | 28 | X | X | 8/22/22 Columbia Rehab Clinic |