IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Anthony Avery, | ) | C/A No.: 0:23-0222-JFA |
| Plaintiff, | ) | |
| | ) | PHASE II |
| v. | ) | VERDICT |
| | ) | |
| MG Logistics, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

☑ We, the jury, award punitive damages to the plaintiff in the amount of
Two Million Eight Hundred Thousand Dollars w/100 ($ 2,800,000. )
dollars against the defendant, MG Logistics, Inc.

☐ We, the jury, decline to award punitive damages to the plaintiff.

May 8 , 2026
Columbia, South Carolina

████████████████████
Foreperson